**KRISTIN A. PELLETIER,** State Bar No. 155378
kpelletier@bwslaw.com
**ROBERT J. TYSON,** State Bar No. 187311
rtyson@bwslaw.com
**BURKE, WILLIAMS & SORENSEN, LLP**
444 S. Flower Street, Suite 2400
Los Angeles, California 90071
Telephone (213) 236-0600
Facsimile (213)-236-2700

**JAMES BROWN, State Bar No. 162579**
**jbrown@riversideca.gov**
**City of Riverside**
3900 Main Street
Riverside, CA 92522
Telephone: (951) 826-5567
Facsimile: (951) 826-5540

Attorneys for
Defendants the City of Riverside

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA DIGIORGIO,<br><br>      Plaintiff,<br><br>  vs.<br><br>CITY OF RIVERSIDE, POLICE DEPARTMENT, RICHARD L. DANA, and DOES 1-10, inclusive,<br><br>      Defendants. | Case No. ED CV 08-00012 SGL (JCRx)<br><br>ORDER OF DISMISSAL |

LA #4822-3914-2147 v1
1/27/09

1

1  Having considered the parties' Joint Stipulation for Dismissal
2  pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the Court hereby
3  DISMISSES this action.  This dismissal shall be with prejudice.  Each of the
4  parties shall bear its costs and attorneys' fees.

DATED:  June 11, 2009

*[signature]*
Stephen G. Larson
United States District Judge

Respectfully submitted,
BURKE, WILLIAMS & SORENSEN, LLP
KRISTIN A. PELLETIER


By: _____
    KRISTIN A. PELLETIER
    Attorneys for Defendant
    City of Riverside

LA #4822-3914-2147 v1
1/27/09

2